Opinion issued May 1, 2003






 








In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-02-01234-CV

____________


JAMIE CASTANEDA, Appellant


V.


MARIA CASTANEDA, Appellee






On Appeal from the 257th District Court

Harris County, Texas

Trial Court Cause No. 0015225






MEMORANDUM OPINION

 This is an appeal from a judgment signed October 16, 2002. Appellant has
invoked the jurisdiction of this Court by filing a notice of appeal, but he has not paid
the appellate filing fee. On February 13, 2003, this Court ordered that unless, within
15 days of the date of the order, appellant paid the appellate filing fee, his appeal
would be dismissed. The 15 days have expired and appellant has not paid the
appellate filing fee.

 Accordingly, we dismiss the appeal. See Tex. R. App. P. 5; 42.3(b),(c).

PER CURIAM

Panel consists of Justices Hedges, Nuchia, and Keyes.